STEPHEN SICILIA, Plaintiff, v CITY OF NEW YORK et al., Respondents, and JB ELECTRIC LLC, Appellant. (And Third-Party Actions.)

Submitted January 7, 2013; decided February 12, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge RIVERA taking no part.

In the Matter of CHRISTOPHER STEIN, Appellant, v ITHACA POLICE DEPARTMENT et al., Respondents.

Submitted January 7, 2013; decided February 12, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 852 (2012)].

Judge RIVERA taking no part.

In the Matter of BEN GARY TREISTMAN, Appellant, v SUZANNE MARY CAYLEY, Respondent.

Decided February 12, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).

Judge RIVERA taking no part.